IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| RONALD BYRD | : | VIOLATIONS:<br>21 U.S.C. §§ 841(a)(1), 846 (attempted possession with intent to distribute cocaine, aiding and abetting – 1 count)<br>18 U.S.C. § 2119 (carjacking – 1 count)<br>18 U.S.C. § 924(c)(1)(A)(ii) (using and carrying a firearm in furtherance of a crime of violence – 1 count)<br>18 U.S.C. § 2 (aiding and abetting) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 10, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**RONALD BYRD**

and others known and unknown to the grand jury, knowingly and intentionally attempted to possess with intent to distribute, and aided and abetted the attempted possession with intent to distribute of, 5 kilograms or more, that is, approximately 9 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 10, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## RONALD BYRD

and another person unknown to the grand jury, with intent to cause death and serious bodily harm, took, and aided and abetted the taking of, from the person and presence of J.H., a person known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2018 Isuzu NPR FedEx Express delivery truck, bearing vehicle identification number JALB4T175J7W02104, license plate PA ZNN-1778, and FedEx delivery truck number 267574MUV, that had been transported, shipped, and received in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 10, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## RONALD BYRD

and another person unknown to the grand jury, knowingly used and carried, and aided and abetting the use and carrying of, a firearm, that is, a semi-automatic pistol, during and in relation to a crime of violence for which they may be prosecuted in a Court of the United States, that is, carjacking, and aiding and abetting, in violation of Title 18, United States Code, Sections 2119 and 2, as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

A TRUE BILL:

GRAND JURY FOREPERSON

_/for_

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

RONALD BYRD

## INDICTMENT

Counts

21 U.S.C. §§ 841(a)(1), 846 (attempted possession with intent to distribute cocaine, aiding and abetting – 1 count); 18 U.S.C. § 2119 (carjacking – 1 count); 18 U.S.C. § 924(c)(1)(A)(ii) (using and carrying a firearm in furtherance of a crime of violence – 1 count); 18 U.S.C. § 2 (aiding and abetting)

A true bill.

_____ Foreperson

Filed in open court this 10th day,
Of May A.D. 20 23

_____ Foreperson

Bail, $ _____

