IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| v. | : | |
| RONALD BYRD | : | NO. 23-209-1 |

## **ORDER**

**AND NOW**, this 4th day of June, 2024, upon consideration of Defendant Ronald Byrd's "Motion to Suppress Evidence and Request for *Franks* Hearing" (Docket No. 67), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.