IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| RONALD BYRD | : | NO. 23-209-1 |

### ORDER

**AND NOW**, this 4th day of September, 2025, upon consideration of Defendant Ronald Byrd's Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33 (Dkt. #257) and the Government's response thereto (Dkt. 263), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.